**Order entered August 4, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01622-CV

**KAREN HOUSTON AND HOUSTON NORTH SHORE PENINSULA, LTD, Appellants**

**V.**

**JERRY KIRCHMAN & ASSOCIATES AND CARL STRUBE, Appellees**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 81,238**

## ORDER

We **GRANT** the July 24, 2015 motion of Teresa M. Robbins for leave to withdraw as counsel for appellants. We **DIRECT** the Clerk of this Court to remove Ms. Robbins as counsel for appellants.

Appellant Karen Houston is now appearing pro se before this Court.

Appellant Houston North Shore Peninsula, Ltd. cannot appear before this Court without counsel. *See* TEX. R. CIV. P. 7; *Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam). Accordingly, we **ORDER** appellant Houston North Shore Peninsula, Ltd. to notify this Court by **SEPTEMBER 4, 2015**, of the name, State Bar number, address, and telephone number of new counsel. Failure to provide the information within the

specified time will result in the dismissal of appellant Houston North Shore Peninsula, Ltd. as a party to this appeal.

Appellant Karen Houston's brief is due within **SIXTY DAYS** from the date of this order. Should appellant Houston North Shore Peninsula, Ltd. retain counsel, its brief shall also be filed within **SIXTY DAYS** of the date of this order.

/s/     ELIZABETH LANG-MIERS
        JUSTICE